IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09cv57

| | |
|---|---|
| ERIE INSURANCE EXCHANGE, ) ) Plaintiff, ) ) vs. ) ) DANIEL S. BOWKER and ) JACKIE L. BOWKER, ) ) Defendants. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the report of the mediator, Gary S. Hemric.

The mediator reports that the case is completely settled. As a result, the Court will require the parties to file a stipulation of dismissal on or before thirty days from entry of this Order.

**IT IS, THEREFORE, ORDERED** that on or before thirty (30) days from entry of this Order, the parties shall file a stipulation of dismissal.

Signed: September 1, 2009

Martin Reidinger
United States District Judge